# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | *  |
| | *   Case No. 3:21-CR-00201 |
| -vs- | * |
| | *   CHIEF JUDGE |
| |     WAVERLY D. CRENSHAW, JR. |
| BRANDON LONG, et al., | * |
| | * |

## MOTION TO WAIVE CDA'S APPEARANCE AT PROCEEDINGS RELATED TO FEBURARY 12, 2024 TRIAL

Emma M. Greenwood, the court-appointed Coordinating Discovery Attorney (CDA) on this matter, hereby provides this request for permission to be excused from attending any pretrial conferences for the trial currently scheduled for February 12, 2024.

The CDA notes that she has received and made available to court-appointed defense counsel all global discovery produced to date in the present matter. Further, the CDA has maintained meaningful communication with the Government. The CDA reports that all issues relating to global discovery that she is aware of have been and remain resolved.

AUSA Joshua Kurtzman has indicated that the Government has no objection to the CDA's request. The CDA continues her work to support defense counsel as they manage and review the voluminous materials and remains available to assist the parties, as needed.

1

As such, the CDA respectfully requests that her physical appearance be waived at any pretrial conferences relating to the February 12, 2024 trial and that her attendance be excused.

Dated this 29th day of December, 2023.

/s/Emma M. Greenwood
Emma M. Greenwood, SDNY EG3434
Coordinating Discovery Attorney
Greenwood Law Group, PLLC
299 Broadway, Suite 901
New York, NY 10007
Tel: (212) 227-5906
Fax: (212) 227-5907
emma@greenwoodlg.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

/s/Emma M. Greenwood